IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARRABLE,<br><br>    Plaintiff,<br><br>v.<br><br>J. CANNON, et al.<br><br>    Defendants._____/ | No. C -13-00590(EDL)<br><br>**ORDER REGARDING APRIL 17, 2013 LETTER** |

The Court is in receipt of pro se Plaintiff's April 17, 2013 letter requesting that the pre-case management conference meet and confer deadline set by the ADR Scheduling Order be extended beyond April 23, 2013 because Plaintiff is still attempting to obtain professional representation. Dkt. #3. The Court construes this letter as a request to continue the case management conference currently set for May 14, as well as related deadlines. Given that there is no indication that any Defendant has been served and no Defendant has appeared, the Court grants the request and continues the case management conference to June 11, 2013. Related deadlines are continued accordingly. Plaintiff shall promptly serve Defendants with the summons and complaint without waiting to obtain counsel and work diligently to obtain counsel if that is his desire. Plaintiff is also hereby advised of the resources of the pro se help desk of this Court, information about which can be found on the Court's website, http://cand.uscourts.gov/helpcentersf, or by calling 415-782-9000, ext. 8657.

IT IS SO ORDERED.

Dated: April 24, 2013

                                                        ELIZABETH D. LAPORTE<br>                                                        United States Chief Magistrate Judge