IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARRABLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. CANNON, et al.<br><br>　　　　Defendants.　　　　　　　／ | No. C -13-00590(EDL)<br><br>**ORDER REGARDING JUNE 25, 2013 COMMUNICATION AND TO SHOW CAUSE** |

On April 24, 2013, the Court ordered Plaintiff to "promptly serve Defendants with the summons and complaint without waiting to obtain counsel." Dkt. 5. The Court also granted Plaintiff's request for a continuance of the Case Management Conference and set the conference for June 11, 2013.

As of the date of this order, Plaintiff has not served Defendants as ordered. Instead, Plaintiff's relative filed a request that the Case Management Conference be again continued.

Plaintiff's request for a continuance would cause undue delay and is therefore DENIED. The Court ORDERS Plaintiff to appear at the previously scheduled Case Management Conference on Tuesday, June 11, 2013 at 10:00 am to explain why Defendants, contrary to the Court's previous order, have not already been served. At most, the Court will consider extending the time to serve Defendants to June 25, 2013. Failure to timely serve Defendants will result in dismissal.

IT IS SO ORDERED.

Dated: June 7, 2013

　　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge