IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARRABLE, | No. C -13-00590(EDL) |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| J. CANNON, et al. | |
| Defendants. | |

On April 24, 2013, the Court ordered Plaintiff to "promptly serve Defendants with the summons and complaint without waiting to obtain counsel." Dkt. 5. Plaintiff did not promptly serve Defendants, and on June 7, 2013, the Court ordered Plaintiff to appear at a previously scheduled Case Management Conference to explain his failure to serve. Dkt. 10. The Court warned Plaintiff that failure to timely serve Defendants would result in dismissal. Id.

At the hearing, Plaintiff explained that he had not served Defendants out of fear of retaliation. The Court noted that the 120 day period in which to effect service expired on June 11, 2013 – the day of the hearing – but granted Plaintiff a brief extension of time to serve Defendants. The Court ordered Plaintiff to serve Defendants no later than June 30, 2013 and further ordered that proof of service be filed with the Clerk's Office on that date. Dkt. 11.

Plaintiff has not filed proof that he served Defendants on June 30, 2013 as ordered. Accordingly, the Court dismisses Plaintiff's case without prejudice under Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: July 1, 2013

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge