**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARRABLE,<br><br>    Plaintiff,<br><br>v.<br><br>J. CANNON, et al.<br><br>    Defendants.                 / | No. C -13-00590(EDL)<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Pending before the Court is Plaintiff's Application to Proceed in Forma Pauperis. (Dkt. 14.) In his application, Plaintiff declares that because of his poverty, he is unable to forfeit the $350.00 filing fee he paid in this action. For good cause shown, the Court grants Plaintiff's Application to Proceed In Forma Pauperis. The Court directs the Clerk's Office to issue Plaintiff a refund of the filing fee.

IT IS SO ORDERED.

Dated: July 15, 2013

                                                                      *Elizabeth D. Laporte*
                                                                      **ELIZABETH D. LAPORTE**
                                                                      United States Chief Magistrate Judge