IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MARRABLE, | No. C -13-00590(EDL) |
| Plaintiff, | **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| J. CANNON, et al. | |
| Defendants. | |

Pending before the Court is Plaintiff's Application to Proceed in Forma Pauperis. (Dkt. 14.) In his application, Plaintiff declares that because of his poverty, he is unable to forfeit the $350.00 filing fee he paid in this action. For good cause shown, the Court grants Plaintiff's Application to Proceed In Forma Pauperis. The Court directs the Clerk's Office to issue Plaintiff a refund of the filing fee.

IT IS SO ORDERED.

Dated: July 15, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge